*Friday, November 6, 1998*

## MOTION DOCKET

**97–2342.   Wightman v. Consol. Rail Corp.**
Erie App. No. E–97–001.   This cause is pending before the court as an appeal and cross-appeal from the court of Appeals for Erie County.   Upon consideration of appellee/cross-appellant's motion to extend time for oral argument,

   IT IS ORDERED by the court that the motion to extend time for oral argument be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS

**98–2121.   State ex rel. Gale v. McMonagle.**
In Mandamus.   This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

   IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

   ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Tuesday, November 10, 1998*

## DISCRETIONARY APPEALS ALLOWED

**98–1627.   State v. Calhoun.**
Lake App. No. 97–L–063.

*Thursday, November 12, 1998*

## MOTION DOCKET

**98–2207.   In re Enforcement of Subpoena Duces Tecum Directed to Custodian of Records, Wallaby's, Inc.**
This cause is pending before the court on a motion for an order to show cause filed by movant, Ohio State Bar Association.   On November 9, 1998, respondent, Custodian of Records, Wallaby's, Inc., filed a response to the motion for order to show cause which was due November 2, 1998.   Whereas S.Ct.Prac.R. XIV(1)(C) prohibits the filing of a document after the filing deadline has passed,

   IT IS ORDERED by the court, *sua sponte*, that respondent's response to the motion for order to show cause be, and hereby is stricken.

**98–2208.   In re Enforcement of Subpoena Duces Tecum Directed to Peh.**
This cause is pending before the court on a motion for an order to show cause filed by movant, Ohio State Bar Association.   On November 9, 1998, respondent, Tony Peh, filed a response to the motion for order to show cause which was due November 2, 1998.   Whereas S.Ct.Prac.R. XIV(1)(C) prohibits the filing of a document after the filing deadline has passed,

   IT IS ORDERED by the court, *sua sponte*, that respondent's response to the motion for order to show cause be, and hereby is, stricken.

**98–2360.   State v. Twyford.**
Jefferson App. No. 93J13.   This cause is pending before the court as an appeal from the Court of Appeals for Jefferson County.   Upon consideration of appellant's motion for stay of execution,

   IT IS ORDERED by the court that appellant's motion for stay of execution be, and hereby is, granted, pending disposition of this appeal.